UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

O‍FOSUAH Q‍UAYNOR,

Plaintiff,

v.

C‍OMMISSIONER OF S‍OCIAL S‍ECURITY,

Defendant.
_____/

Case No. 14-cv-12258

U‍NITED S‍TATES D‍ISTRICT C‍OURT J‍UDGE
G‍ERSHWIN A. D‍RAIN

U‍NITED S‍TATES M‍AGISTRATE J‍UDGE
D‍AVID R. G‍RAND

**O‍RDER A‍CCEPTING AND A‍DOPTING R‍EPORT AND R‍ECOMMENDATION [16], G‍RANTING D‍EFENDANT'S M‍OTION FOR S‍UMMARY J‍UDGMENT [14], D‍ENYING P‍LAINTIFF'S M‍OTION FOR S‍UMMARY J‍UDGMENT [12], AND A‍FFIRMING THE C‍OMMISSIONER'S D‍ECISION**

On December 9, 2015, Magistrate Judge David Grant issued a Report and Recommendation [16] to deny Plaintiff's Motion for Summary Judgement [12], grant Defendant's Motion for Summary Judgment [14], and affirm the Commissioner of Social Security's decision. Magistrate Judge Grand made this recommendation after he concluded that substantial evidence supported the Administrative Law Judge's conclusion that Plaintiff was overpaid Disability Insurance Benefits in the amount of $46,455.10, and that she did not qualify for a waiver of the overpayment. No objections have been filed, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1). Upon review of the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Grand's December 9, 2015 Report and Recommendation [16] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is **HEREBY DENIED**.

-2-

Defendant's Motion for Summary Judgment is **GRANTED** and the Commissioner of Social Security's decision is **AFFIRMED**.

IT IS SO ORDERED.

Dated: December 29, 2015

Gershwin A. Drain<br>HON. GERSHWIN A. DRAIN<br>United States District Court Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on **December 29, 2015.**

s/Tanya R. Bankston<br>TANYA R. BANKSTON<br>Case Manager